LEWIS BARLOW, SR., et al., Doing Business under the Name of BARLOW AUTO SALES, Respondents, v. ARCHER MOTOR CO., INC., et al., Appellants. — Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ.

ELIZABETH W. MARSH et al., as Executors of FRANK R. MARSH, JR., Deceased, Respondents, v. CURT SYRACUSE CORP. et al., Appellants. — Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order denying defendants' motion to dismiss plaintiffs' complaint, in a negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

PEARL LINKLETTER, Respondent, v. CITY OF ROCHESTER, Appellant. — Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in a negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

FLOYD G. SPECK et al., Copartners Doing Business under the Name of F. J. SPECK & SON, Respondents, v. GEORGE H. WOODS et al., Appellants, et al., Defendants. — Judgment affirmed, with costs. All concur. (Appeal from a judgment granting foreclosure of plaintiffs' mechanic's lien on certain property of defendants and directing sale to satisfy such lien.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

SIMON OIL COMPANY, INC., Respondent, v. ANDREW WROBLEWSKI et al., Appellants, et al., Defendants. — Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of the Niagara County Court, MARSH, J., for plaintiff in an action to recover the value of material furnished and labor performed in the part installation of an oil burner, the County Court trial being on an appeal from a judgment in favor of plaintiff at Niagara Falls City Court before LEE, J. The order denies defendants' motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

LAURA RICHARDSON, Respondent, v. RUSSELL LOWTHER, Appellant. — Interlocutory judgment affirmed, with costs. All concur. (Appeal from an interlocutory judgment for plaintiff in an action to declare a deed to be a mortgage.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.